# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE MARQUEZ,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **QC FINANCIAL SERVICES, INC.,** and **QC HOLDINGS, INC.,** and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:15-cv-02884-CAS-PJW <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 15th day of December, 2015.

_____
The Honorable Christina A. Snyder

Order to Dismiss - 1